UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPAL S. DEOL,<br><br>　　　　Appellant,<br><br>　　v.<br><br>OFFICE OF THE UNITED STATES TRUSTEE,<br><br>　　　　Appellee. | No.  2:23-cv-02464-DJC<br><br><br><u>ORDER TO SHOW CAUSE</u> |

　　　　On October 25, 2023, Appellant Jaspal S. Deol filed a Notice of Bankruptcy Appeal.  (ECF No. 1.)  On October 17, 2023, an Opening Letter issued that notified Appellant that, pursuant to Federal Rules of Bankruptcy Procedure 8006 and 8007, Appellant is required to file with the Bankruptcy Court "a designation of record, statement of issues on appeal and a notice regarding the ordering of transcripts . . . ."  (ECF No. 2 at 1.)  Appellant subsequently sought and was granted a 30-day continuance to complete the record.  (*See* ECF Nos. 3, 4.)  On November 28, 2023, the Bankruptcy Court filed a notice stating that Appellant had not completed the record and specifically had not filed reporters transcripts and notice regarding the transcripts.  (ECF No. 5.)

　　　　As of the date of this order, Appellant has not completed the record for this appeal.  Accordingly, IT IS HEREBY ORDERED that within fourteen days of this order,

1

Appellant is ordered to show cause why this appeal should not be dismissed for failure to perfect the record. Failure to timely respond to this Order will result in an ordering dismissing this appeal.

    IT IS SO ORDERED.

Dated: **February 13, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC1 - Deol23cv02426.osc

2