UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPAL S. DEOL,<br><br>    Appellant,<br><br>  v.<br><br>OFFICE OF THE UNITED STATES TRUSTEE,<br><br>    Appellee. | No. 2:23-cv-02464-DJC<br><br><br>ORDER |

On November 28, 2023, the Bankruptcy Court filed a notice stating that Appellant had not completed the record and specifically had not filed reporters transcripts and notice regarding the transcripts. (ECF No. 5.) Appellant failed to complete the record.

On February 14, 2025, the Court ordered Appellant to show cause within fourteen days why this action should not be dismissed for failure to perfect the record. (ECF No. 15.) More than fourteen days have passed and Appellant failed to perfect the record, request an extension of time to do so, or otherwise respond to the Court's Order. As such, the Court will dismiss this action for failure to prosecute and failure to comply with court orders.

////

////

////

1  Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED without
2 prejudice for failure to prosecute and failure to comply with court orders.  See Local
3 Rule 110; Fed. R. Civ. P. 41(b).  The Clerk of the Court is directed to close this action.
4 This order resolves all pending motions.

  IT IS SO ORDERED.

Dated:  **March 3, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE